AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

VFS FINANCING, INC.,

    Plaintiff

**APPEARANCE**

v.

Case Number: 08 CV 7655

PIONEER AVIATION, LLC,
FRONTIER RESOURCES, LLC,
GREGORY M. DEMERS,
    Defendants

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, VFS Financing, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/29/2008 | *[signature]* |
| Date | Signature |
| | David A. Kochman     DK1809 |
| | Print Name     Bar Number |
| | Reed Smith LLP |
| | Address |
| | 599 Lexington Avenue   New York   10022 |
| | City    State    Zip Code |
| | (212) 521-5400    (212) 521-5450 |
| | Phone Number    Fax Number |